ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
GREGG W. LOWDER (CABN 107864)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-6748
    Email: Gregg.Lowder@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  CR 18-0533 RS |
|     Plaintiff, | ) |
| | ) **UNITED STATES BILL OF PARTICULARS** |
| v. | ) **FOR THE FORFEITURE OF PROPERTY** |
| | ) |
| EDVIN OVASAPYAN and | ) |
| HAKOB KOJOYAN, | ) |
| | ) |
|     Defendant. | ) |

        The United States of America, by and through Alex G. Tse, United States Attorney for the

Northern District of California, and Gregg W. Lowder, Assistant United States Attorney, hereby files the

following Bill of Particulars for notice of forfeiture of real property.

///

///

///

Bill of Particulars for Forfeiture of Property
CR 18-0533 RS

1

1    The Indictment in the above-captioned case filed on November 1, 2018, provides notice of and

2  seeks the forfeiture of both real and personal property pursuant to 18 U.S.C. §§ 981 and 982 and 28

3  U.S.C. § 2461(c).  The United States hereby gives notice that, in addition to any property already listed

4  in the forfeiture allegation, the United States is additionally seeking forfeiture of the following property:

5    • Real Property and Improvements located at 2481 N. Junipero Avenue, Palm Springs,

6      California  92262 (APN 504-223-021-1).

7

8  DATED:  January 10, 2019                    Respectfully submitted,

9                                              ALEX G. TSE
                                               United States Attorney
10

11                                             GREGG W. LOWDER
                                               Assistant United States Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Bill of Particulars for Forfeiture of Property
    CR 18-0533 RS

2