```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611146391
Cashier ID: buensum
Transaction Date: 12/13/2019
Payer Name: Montana Limited Liability Co
------------------------------------
COMMERCIAL REGISTRY OTHER
 For: Edvin Ovasapyan
 Case/Party: D-CAN-3-18-CR-000533-001
 Amount:        $0.00
------------------------------------
NON-CASH COLLATERAL
 Amt Tendered:  $0.00
------------------------------------
Total Due:      $0.00
Total Tendered: $0.00
Change Amt:     $0.00

Deed of Trust 20191127-00148154-0
1/3
RS

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```