BRIAN J. STRETCH (CABN 163973)
bstretch@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772 1227
Facsimile:  (415) 772 7400

Attorneys for Defendant
EDVIN OVASAPYAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR 18-00533- RS |
| Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL |
| vs. | |
| EDVIN OVASAPYAN, | |
| Defendant. | |

Please take note that Brian Stretch, California State Bar Number 163973, enters a general appearance to represent Edvin Ovsapyan in the above-entitled matter.  Contact information for new counsel is:

   Brian J. Stretch
   Sidley Austin, LLP
   555 California Street, Suite 2000
   San Francisco, CA 94104
   Telephone: (415) 772 1227
   Facsimile:  (415) 772 7400
   bstretch@sidley.com

//

//

US V. OVASAPYAN
CR18-533-RS

Respectfully submitted,

By: /s/ Brian J. Stretch
BRIAN J. STRETCH
Sidley Austin, LLP

Attorney for Edvin Ovasapyan