DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
GREGG W. LOWDER (CABN 107864)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7044
    Fax: (415) 436-7234
    Andrew.Dawson@usdoj.gov
    Gregg.Lowder@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-533 RS |
| Plaintiff, | **STIPULATED [PROPOSED] PRELIMINARY ORDER OF FOREITURE** |
| v. | |
| EDVIN OVASAPYAN, | |
| Defendant. | |

    Having considered the stipulated joint application for a preliminary order of forfeiture filed by the United States and the defendant Edvin Ovasapyan requesting the issuance of this order, and the admissions and statements made therein, and the plea agreement on file before this Court entered into between the two parties, in which the defendant Edvin Ovasapyan agrees to the forfeiture to the United States of each and all of the properties identified below, and good cause appearing,

    IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant to Title 18, United States Code, Sections 981 and 982, Title 28, United States Code, Section 2461, and Rule 32.2 of the Federal Rules of Criminal Procedure:

a. one brown and black Panerai Luminor watch, seized pursuant to a search warrant on or about November 8, 2018;

b. 383 Kalaimoku, Ritz Carlton Tower 2, Unit 3106, Honolulu, Hawaii 96815 (also referred to by street location address 2120 Lauula Avenue, Unit 3106, Honolulu, Hawaii), with title vested in ESJ GROUP, LLC;

c. 4314 Marina City Dr., Apt. 416, Marina Del Rey, CA 90292, with title vested in ESJ GROUP, LLC;

d. approximately $1,304.12 seized pursuant to a seizure warrant from a Citibank bank account held in the name of AAROGMSURG INC.;

e. approximately $44,427.96 seized pursuant to a seizure warrant from a Bank of America bank account held in the name of JPO22 LLC;

f. approximately $15,042.63 seized pursuant to a seizure warrant from a Bank of America bank account held in the name of ESJ GROUP;

g. approximately $40,689.99 seized pursuant to a seizure warrant from a Bank of America bank account held in the name of MAINSPRING DISTRIBUTION LLC;

h. $8,275 in cash seized pursuant to a search warrant on or about November 8, 2018;

i. Two yellow diamonds seized pursuant to a search warrant on or about November 8, 2018;

j. $38,101.54 delivered to the government and which represents the total equity received in the sale of one 2009 Ferrari Scuderia F430 bearing VIN number ZFFKW64A890166875;

k. $44,719.24 delivered to the government and which represents the total equity received in the sale of one 2018 Ferrari 488 GTB bearing VIN number ZFF79ALA4J0230819;

l. $33,310.75 delivered to the government and which represents the total equity received in the sale of one 2015 Ferrari 458 Speciale bearing VIN number ZFF75VFA7F0205080;

m. $32,848.61 delivered to the government and which represents the total equity received in the sale of one 2009 Mercedes SL65 bearing VIN number WDBSK79F99156694;

n. $85,314.53 delivered to the government and which represents the total equity received in the sale of one 2016 Ferrari F12 TDF bearing VIN number ZFF81BFA8G0218985;

    o.    $44,874.37 delivered to the government and which represents the total equity received in the sale of one 2011 Ferrari 599 bearing VIN number ZFF70RCA9B0182941C;

    p.    $56,594.30 delivered to the government and which represents the total equity received in the sale of one 2014 Mercedes AMG SLS Black Series bearing VIN number WDDRJ7HA6EA010789;

    q.    $80,000.00 delivered to the government and which represents the total equity received in the sale of one 2018 Mercedes Benz AMG E63 S, VIN WDDZF8KB6JA207464;

    r.    $145,985.41 delivered to the government and which represents the total equity received in the sale of 5100 Riverton Avenue, Unit 14, North Hollywood, CA 91601, parcel identification number 2419-010-040, with title vested in ESJ Group, LLC; and

    s.    $40,000.00 delivered to the government and which represents the total equity received in the sale of one 2015 Mercedes Benz S550, WDDUG8CB7FA183706.

IT IS FURTHER ORDERED that the United States, through its agency, is authorized to seize the above forfeited property forthwith, if it is not already in government possession, and to publish for at least thirty days on the government website www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that the government may conduct discovery, including the taking of depositions, in order to identify, locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that this Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e); and

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become a Final Order of Forfeiture as to the

///

defendant at the time of sentencing, or earlier if the parties agree, and shall be made part of the sentence and included in the judgment.

**THE PARTIES HEREBY STIPULATE TO THIS ORDER.**

Dated: 8/21/2020

DAVID L. ANDERSON
United States Attorney

_____/S/_____
GREGG W. LOWDER
ANDREW F. DAWSON
Assistant United States Attorneys

Dated: 8/21/2020

_____/S/_____
EDVIN OVASAPYAN

Dated: 8/21/2020

_____/S/_____
BRIAN J. STRETCH
Attorney for Edvin Ovasapyan

**PURUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:

_____
RICHARD SEEBORG
United States District Judge