1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   GREGG W. LOWDER (CABN 107864)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California  94102-3495
7      Telephone: (415) 436-7044
       Fax: (415) 436-7234
8      Andrew.Dawson@usdoj.gov
       Gregg.Lowder@usdoj.gov
9
   Attorneys for United States of America
10
                      UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,            ) CASE NO. CR 18-533 RS
                                        )
15         Plaintiff,                   ) **SECOND STIPULATED [PROPOSED]**
                                        ) **PRELIMINARY ORDER OF FOREITURE**
16      v.                              )
                                        )
17 EDVIN OVASAPYAN,                     )
                                        )
18         Defendant.                   )
                                        )
19                                      )
                                        )
20

21      Having considered the stipulated joint application for a second preliminary order of forfeiture

22 filed by the United States and the defendant Edvin Ovasapyan requesting the issuance of this order, and

23 the admissions and statements made therein, and the plea agreement on file before this Court entered

24 into between the two parties, in which the defendant Edvin Ovasapyan agrees to the forfeiture to the

25 United States of the subject property identified below, and good cause appearing,

26      IT IS HEREBY ORDERED that the following property and its title is forfeited to the United

27 States pursuant to Title 18, United States Code, Sections 981 and 982, Title 28, United States Code,

28

SECOND PRELIMINARY ORDER OF FORFEITURE   1
CR 18-533 RS

Section 2461, Title 21, United States Code, Section 853, and Rule 32.2 of the Federal Rules of Criminal Procedure:

    a.    8654 Washington Blvd., Culver City, CA 90232, parcel identification number 4312-024-001.

IT IS FURTHER ORDERED that the United States, through its agency, is authorized to seize the above forfeited property forthwith, if it is not already in government possession, and to publish for at least thirty days on the government website www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that the government may conduct discovery, including the taking of depositions, in order to identify, locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that this Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e), and that the parties may seek amendment to this order by stipulation;

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become a Final Order of Forfeiture as to the

///

///

///

///

///

defendant at the time of sentencing, or earlier if the parties agree, and shall be made part of the sentence and included in the judgment.

**THE PARTIES HEREBY STIPULATE TO THIS ORDER.**

Dated: 9/2/2020

DAVID L. ANDERSON
United States Attorney

_____/S/_____
GREGG W. LOWDER
ANDREW F. DAWSON
Assistant United States Attorneys

Dated: 9/2/2020

_____/S/_____
EDVIN OVASAPYAN
Defendant

Dated: 9/2/2020

_____/S/_____
BRIAN J. STRETCH
Attorney for Edvin Ovasapyan

**PURUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:

_____
RICHARD SEEBORG
United States District Judge