DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANDREW F. DAWSON (CABN 264421)
GREGG W. LOWDER (CABN 107864)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7044
    Fax: (415) 436-7234
    Andrew.Dawson@usdoj.gov
    Gregg.Lowder@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-533 RS |
| Plaintiff, | **SECOND STIPULATED PRELIMINARY ORDER OF FOREITURE** |
| v. | |
| EDVIN OVASAPYAN, | |
| Defendant. | |

    Having considered the stipulated joint application for a second preliminary order of forfeiture filed by the United States and the defendant Edvin Ovasapyan requesting the issuance of this order, and the admissions and statements made therein, and the plea agreement on file before this Court entered into between the two parties, in which the defendant Edvin Ovasapyan agrees to the forfeiture to the United States of the subject property identified below, and good cause appearing,

    IT IS HEREBY ORDERED that the following property and its title is forfeited to the United States pursuant to Title 18, United States Code, Sections 981 and 982, Title 28, United States Code,

Section 2461, Title 21, United States Code, Section 853, and Rule 32.2 of the Federal Rules of Criminal Procedure:

    a.    8654 Washington Blvd., Culver City, CA 90232, parcel identification number 4312-024-001.

IT IS FURTHER ORDERED that the United States, through its agency, is authorized to seize the above forfeited property forthwith, if it is not already in government possession, and to publish for at least thirty days on the government website www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that the government may conduct discovery, including the taking of depositions, in order to identify, locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that this Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e), and that the parties may seek amendment to this order by stipulation;

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become a Final Order of Forfeiture as to the

///

///

///

///

///

SECOND PRELIMINARY ORDER OF FORFEITURE   2
CR 18-533 RS

defendant at the time of sentencing, or earlier if the parties agree, and shall be made part of the sentence and included in the judgment.

**THE PARTIES HEREBY STIPULATE TO THIS ORDER.**

Dated: 9/2/2020

DAVID L. ANDERSON
United States Attorney

_____/S/_____
GREGG W. LOWDER
ANDREW F. DAWSON
Assistant United States Attorneys

Dated: 9/2/2020

_____/S/_____
EDVIN OVASAPYAN
Defendant

Dated: 9/2/2020

_____/S/_____
BRIAN J. STRETCH
Attorney for Edvin Ovasapyan

**PURUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: 9/2/2020

_____
RICHARD SEEBORG
United States District Judge

SECOND PRELIMINARY ORDER OF FORFEITURE  3
CR 18-533 RS