UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: CR 18-0533 RS |
| ) | |
| Plaintiff, ) | **FINAL ORDER OF** |
| ) | **FORFEITURE:** |
| v. ) | |
| ) | **PERSONAL PROPERTY ASSETS** |
| EDVIN OVASAPYAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

On August 25, 2020, this Court entered a Preliminary Order of Forfeiture forfeiting the following property, pursuant to Title 18, United States Code, Sections 981 and 982 and Title 28, United States Code, Section 2461(c), and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure:

    a.    one brown and black Panerai Luminor watch, seized pursuant to a search warrant on or about November 8, 2018;

    b.    approximately $1,304.12 seized pursuant to a seizure warrant from a Citibank bank account held in the name of AAROGMSURG INC.;

    c.    approximately $44,427.96 seized pursuant to a seizure warrant from a Bank of America bank account held in the name of JPO22 LLC;

     d.    approximately $15,042.63 seized pursuant to a seizure warrant from a Bank of America bank account held in the name of ESJ GROUP;

     e.    approximately $40,689.99 seized pursuant to a seizure warrant from a Bank of America bank account held in the name of MAINSPRING DISTRIBUTION LLC;

     f.    $8,275 in cash seized pursuant to a search warrant on or about November 8, 2018; and

     g.    two yellow diamonds seized pursuant to a search warrant on or about November 8, 2018.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no claims were filed.

The Court finds that the entities ESJ, LLC, JPO22 LLC, AAROGMSURG INC., and MAINSPRING DISTRIBUTION LLC were properly noticed.

**IT IS HEREBY ORDERED** that the above-described property is forfeited to the United States of America pursuant to Title 18, United States Code, Sections 981 and 982 and Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure, and that all rights, title, and interest in the property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated this __6th__ day of __May_____, 2021.

_____
HONORABLE RICHARD SEEBORG
United States District Judge