1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  KEVIN YEH (CABN 314079)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        (415) 436-7063
7       kevin.yeh@usdoj.gov

8  Attorneys for United States of America

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,              )   CASE NO. 3:18-cr-00533-RS-1
13                                        )
        v.                                )   UNITED STATES' EX PARTE APPLICATION
14                                        )   TO UNSEAL DOCKET AND [~~PROPOSED~~]
   EDVIN OVASAPYAN, ET AL.,               )   ORDER
15                                        )
        Defendants.                       )
16                                        )
                                          )
17  _____)

18
        The government respectfully requests that the Court unseal the entire docket in this matter.
19
        The government appreciates the Court's recent order to unseal certain documents in this case.
20
   *See* Dkt. No. 355.  The government initially understood that only the requested set of documents would
21
   be necessary for production to defense counsel in *United States v. Dua Gurucharan*, 21-CR-00511 (N.D.
22
   Ill.).  After the government's ex parte application, defense counsel in the *Gurucharan* matter requested
23
   that the government provide all documents in this case.
24
        The government is not aware of any further need for the docket to remain under seal to ensure
25
   witness safety or otherwise.  The undersigned has conferred with counsel for defendant Edvin
26
   Ovasapyan, who does not object to this request.
27
        Accordingly, the government moves that the entire docket in this case be unsealed.
28

U.S.' Ex Parte Appl. and [~~Proposed~~] Order           1
3:18-cr-00533-RS-1

1  DATED: September 10, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_____/s/ Kevin Yeh_____
KEVIN YEH
Assistant United States Attorney

# [PROPOSED] ORDER

For the reasons stated above, the Court ORDERS that the docket in this matter be unsealed.

IT IS SO ORDERED.

DATED: September 10, 2025

_____
HON. RICHARD SEEBORG
Chief United States District Judge